UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA, ex rel.
JOSEPH AMICO

          Plaintiff/Relator,

against

DEUTSCHE BANK AG; DB STRUCTURED PRODUCTS, INC.; DEUTSCHE BANK SECURITIES INC.; DB HOME LENDING LLC; DB HOME LENDING HOLDINGS LLC; MORTGAGEIT, INC.; DEUTSCHE ALT-A SECURITIES, INC.; ALTAMONT HOLDINGS CORP.; MORTGAGEIT SECURITIES CORP.; ACE SECURITIES CORP.; DEUTSCHE BANK NATIONAL TRUST COMPANY;

          Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/16

FILED UNDER SEAL

15 CV 9551 (CM)

STIPULATION AND ORDER OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(2)

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(2)

WHEREAS, the above-captioned action is still under seal and has not been served on any of the defendants;

WHEREAS, the United States (the "Government") hereby consents to the dismissal of this action without prejudice; and

WHEREAS, IT IS STIPULATED AND AGREED between the Government and Relator that all of Relator's claims against all defendants in this action be voluntarily dismissed without prejudice as to Relator and without prejudice as to the United States, pursuant to the Federal Rules of Civil Procedure 41(a)(2),

IT IS HEREBY ORDERED that all of Relator's claims against all defendants in this action are dismissed without prejudice as to Relator and without prejudice as to the United States;

IT IS FURTHER ORDERED that the Relator's complaint and this Order shall be unsealed thirty days from the date of this Order and that all other documents submitted to the Court in this action prior to the date of this Order shall remain under seal.

Dated: January 27, 2016

For the United States:

PREET BHARARA
United States Attorney

By: _____
REBECCA C. MARTIN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2714
rebecca.martin@usdoj.gov

Dated: January 29, 2016

For the Relator Joseph Amico:

_____
FRANCIS P. KARAM, ESQ. PC
Francis P. Karam, Esq.
175 Varick Street
New York, NY 10014
(212) 489 – 3900
Frank@fkaramlaw.com

SO ORDERED:
_____
UNITED STATES DISTRICT JUDGE