*memorton/s*

JUDGE McMAHON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA, ex rel. : 
JOSEPH AMICO : FILED UNDER SEAL
:
: **15 CV 9551**
Plaintiff/Relator, :
: _____ CIV _____
against :
:
DEUTSCHE BANK AG; DB STRUCTURED : **PROPOSED ORDER**
PRODUCTS, INC.; DEUTSCHE BANK : **PERMITTING DOCUMENTS TO**
SECURITIES INC.; DB HOME LENDING LLC; : **BE FILED UNDER SEAL**
DB HOME LENDING HOLDINGS LLC; :
MORTGAGEIT, INC.; DEUTSCHE ALT-A :
SECURITIES, INC.; ALTAMONT HOLDINGS :
CORP.; MORTGAGEIT SECURITIES CORP.; :
ACE SECURITIES CORP.; DEUTSCHE BANK :
NATIONAL TRUST COMPANY; :
:
Defendants. :

---

## ~~PROPOSED~~ ORDER PERMITTING DOCUMENTS TO BE FILED UNDER SEAL

**THIS MATTER**, having been brought before the Court by the Plaintiff-Relator, for entry of an Order permitting their Complaint to be filed under seal in the above-captioned action pursuant to 31 USC § 3730(b)(2), and the Court having considered the Plaintiff-Relator's position,

1

IT IS on this [ 8 ] day of [ December, 2015 ]

**ORDERED** that the Plaintiff-Relator's Complaint and all forthcoming documents be **FILED UNDER SEAL**.

_____
Hon.