2006

Marian Miami FCU
Mt. Hebron Babtist FCU
    La Casa Federal Credit Union
    Dedicators Federal Credit Union
    I.L.A. 24 CU
    Orleans Public Schools FCU
    Punjab and Sindh FCU
    Yankton Employee CU
    Potter's House CU
    St. Charles Borromea Church CU
    St. John Babtist CU
    Greater Harrisburg Community CU

2005

Good Samaritan Employees CU
Lorain Sacred Heard CU
Korean-American Chamber of Commerce CU
Jilapuhn Employees FCU
Homesteaders CU
Lock Haven Area FCU
Jamaica Postal Credit Union
Miss-Lou Federal Credit Union
Randolph Country FCU
Ko-Am FCU

## Annex D

## Failed Banks

First Cherokee State Bank

Georgia Trust Bank

The Royal Palm Bank of Florida

Glasgow Savings Bank

Montgomery Bank & Trust

The Farmers Bank of Lynchburg

Security Exchange Bank

Putnam State Bank

Waccamaw Bank

Farmers' and Traders' State Bank

Carolina Federal Savings Bank

First Capital Bank

Alabama Trust Bank, National Association

Security Bank, National Association

Palm Desert National Bank

Plantation Federal Bank

Inter Savings Bank, fsb D/B/A InterBank, fsb

HarVest Bank of Maryland

Bank of the Eastern Shore

Fort Lee Federal Savings Bank, FSB

Fidelity Bank

Premier Bank

Covenant Bank & Trust

New City Bank

Global Commerce Bank

Home Savings of America

Central Bank of Georgia

SCB Bank

Charter National Bank and Trust

BankEast

Patriot Bank Minnesota

Tennessee Commerce Bank

First Guaranty Bank and Trust Company of Jacksonville

American Eagle Savings Bank

The First State Bank

Central Florida State Bank

Western National Bank

Premier Community Bank of the Emerald Coast

Central Progressive Bank

Polk County Bank

Community Bank of Rockmart

SunFirst Bank

Mid City Bank, Inc.

All American Bank

Community Banks of Colorado

Community Capital Bank

Decatur First Bank

Old Harbor Bank

Country Bank

First State Bank

Blue Ridge Savings Bank, Inc.

Piedmont Community Bank

Sun Security Bank

The RiverBank

First International Bank

Citizens Bank of Northern California

Bank of the Commonwealth

The First National Bank of Florida

CreekSide Bank

Patriot Bank of Georgia

First Choice Bank

First Southern National Bank

Lydian Private Bank

Public Savings Bank

The First National Bank of Olathe

Bank of Whitman

Bank of Shorewood

Integra Bank National Association

BankMeridian, N.A.

Virginia Business Bank

Bank of Choice

LandMark Bank of Florida

Southshore Community Bank

Summit Bank

First Peoples Bank

High Trust Bank

One Georgia Bank

Signature Bank

Colorado Capital Bank

First Chicago Bank & Trust

Mountain Heritage Bank

First Commercial Bank of Tampa Bay

McIntosh State Bank

Atlantic Bank and Trust

First Heritage Bank

Summit Bank

First Georgia Banking Company

Atlantic Southern Bank

Coastal Bank

Community Central Bank

The Park Avenue Bank

First Choice Community Bank

Cortez Community Bank

First National Bank of Central Florida

Heritage Banking Group

Rosemount National Bank

Superior Bank

Nexity Bank

New Horizons Bank

Bartow County Bank

Nevada Commerce Bank

Western Springs National Bank and Trust

The Bank of Commerce

Legacy Bank

First National Bank of Davis

Valley Community Bank

San Luis Trust Bank, FSB

Charter Oak Bank

Citizens Bank of Effingham

Habersham Bank

Canyon National Bank

Badger State Bank

Peoples State Bank

Sunshine State Community Bank

Community First Bank Chicago

North Georgia Bank

American Trust Bank

First Community Bank

FirsTier Bank

Evergreen State Bank

The First State Bank

United Western Bank

The Bank of Asheville

CommunitySouth Bank & Trust

Enterprise Banking Company

Oglethorpe Bank

Legacy Bank

First Commercial Bank of Florida

Community National Bank

First Southern Bank

United Americas Bank, N.A.

Appalachian Community Bank, FSB

Chestatee State Bank

The Bank of Miami, N.A.

Earthstar Bank

Paramount Bank

First Banking Center

Allegiance Bank of North America

Gulf State Community Bank

Copper Star Bank

Darby Bank & Trust Co.

Tifton Banking Company

First Vietnamese American Bank

Pierce Commercial Bank

Western Commercial Bank

K Bank

First Arizona Savings, A FSB

Hillcrest Bank

First Suburban National Bank

The First National Bank of Barnesville

The Gordon Bank

Progress Bank of Florida

First Bank of Jacksonville

Premier Bank

WestBridge Bank and Trust Company

Security Savings Bank, F.S.B.

Shoreline Bank

Wakulla Bank

North County Bank

Haven Trust Bank Florida

Maritime Savings Bank

Bramble Savings Bank

The Peoples Bank

First Commerce Community Bank

Bank of Ellijay

ISN Bank

Horizon Bank

Sonoma Valley Bank

Los Padres Bank

Butte Community Bank

Pacific State Bank

ShoreBank

Imperial Savings and Loan Association

Independent National Bank

Community National Bank at Bartow

Palos Bank and Trust Company

Ravenswood Bank

LibertyBank

The Cowlitz Bank

Coastal Community Bank

Bayside Savings Bank

Northwest Bank & Trust

Home Valley Bank

SouthwestUSA Bank

Community Security Bank

Thunder Bank

Williamsburg First National Bank

Crescent Bank and Trust Company

Sterling Bank

Mainstreet Savings Bank, FSB

Olde Cypress Community Bank

Turnberry Bank

Metro Bank of Dade County

First National Bank of the South

Woodlands Bank

Home National Bank

USA Bank

Ideal Federal Savings Bank

Bay National Bank

High Desert State Bank

First National Bank

Peninsula Bank

Nevada Security Bank

Washington First International Bank

TierOne Bank

Arcola Homestead Savings Bank

First National Bank

Sun West Bank

Granite Community Bank, NA

Bank of Florida - Tampa

Bank of Florida - Southwest

Bank of Florida - Southeast

Pinehurst Bank

Midwest Bank and Trust Company

Southwest Community Bank

New Liberty Bank

Satilla Community Bank

1st Pacific Bank of California

Towne Bank of Arizona

Access Bank

The Bank of Bonifay

Frontier Bank

BC National Banks

Champion Bank

CF Bancorp

Westernbank Puerto Rico

R-G Premier Bank of Puerto Rico

Eurobank

Wheatland Bank

Peotone Bank and Trust Company

Lincoln Park Savings Bank

New Century Bank

Citizens Bank and Trust Company of Chicago

Broadway Bank

Amcore Bank, National Association

City Bank

Tamalpais Bank

Innovative Bank

Butler Bank

Riverside National Bank of Florida

AmericanFirst Bank

First Federal Bank of North Florida

Lakeside Community Bank

Beach First National Bank

Desert Hills Bank

Unity National Bank

Key West Bank

McIntosh Commercial Bank

State Bank of Aurora

First Lowndes Bank

Bank of Hiawassee

Appalachian Community Bank

Advanta Bank Corp.

Century Security Bank

American National Bank

Statewide Bank

Old Southern Bank

The Park Avenue Bank

LibertyPointe Bank

Centennial Bank

Waterfield Bank

Bank of Illinois

Sun American Bank

Rainier Pacific Bank

Carson River Community Bank

La Jolla Bank, FSB

George Washington Savings Bank

The La Coste National Bank

Marco Community Bank

1st American State Bank of Minnesota

American Marine Bank

First Regional Bank

Community Bank and Trust

Marshall Bank, N.A.

Florida Community Bank

First National Bank of Georgia

Columbia River Bank

Evergreen Bank

Charter Bank

Bank of Leeton

Premier American Bank

Barnes Banking Company

St. Stephen State Bank

Town Community Bank & Trust

Horizon Bank

First Federal Bank of California, F.S.B.

Imperial Capital Bank

Independent Bankers' Bank

New South Federal Savings Bank

Citizens State Bank

Peoples First Community Bank

RockBridge Commercial Bank

SolutionsBank

Valley Capital Bank, N.A.

Republic Federal Bank, N.A.

Greater Atlantic Bank

Benchmark Bank

AmTrust Bank

The Tattnall Bank

First Security National Bank

The Buckhead Community Bank

Commerce Bank of Southwest Florida

Pacific Coast National Bank

Orion Bank

Century Bank, F.S.B.

United Commercial Bank

Gateway Bank of St. Louis

Prosperan Bank

Home Federal Savings Bank

United Security Bank

North Houston Bank

Madisonville State Bank

Citizens National Bank

Park National Bank

Pacific National Bank

California National Bank

San Diego National Bank

Community Bank of Lemont

Bank USA, N.A.

First DuPage Bank

Riverview Community Bank

Bank of Elmwood

Flagship National Bank

Hillcrest Bank Florida

American United Bank

Partners Bank

San Joaquin Bank

Southern Colorado National Bank

Jennings State Bank

Warren Bank

Georgian Bank

Irwin Union Bank, F.S.B.

Irwin Union Bank and Trust Company

Venture Bank

Brickwell Community Bank

Corus Bank, N.A.

First State Bank

Platinum Community Bank

Vantus Bank

InBank

First Bank of Kansas City

Affinity Bank

Mainstreet Bank

Bradford Bank

Guaranty Bank

CapitalSouth Bank

First Coweta Bank

ebank

Community Bank of Nevada

Community Bank of Arizona

Union Bank, National Association

Colonial Bank

Dwelling House Savings and Loan Association

Community First Bank

Community National Bank of Sarasota County

First State Bank

Mutual Bank

First BankAmericano

Peoples Community Bank

Integrity Bank

First State Bank of Altus

Security Bank of Jones County

Security Bank of Houston County

Security Bank of Bibb County

Security Bank of North Metro

Security Bank of North Fulton

Security Bank of Gwinnett County

Waterford Village Bank

Temecula Valley Bank

Vineyard Bank

BankFirst

First Piedmont Bank

Bank of Wyoming

Founders Bank

Millennium State Bank of Texas

First National Bank of Danville

Elizabeth State Bank

Rock River Bank

First State Bank of Winchester

John Warner Bank

Mirae Bank

MetroPacific Bank

Horizon Bank

Neighborhood Community Bank

Community Bank of West Georgia

First National Bank of Anthony

Cooperative Bank

Southern Community Bank

Bank of Lincolnwood

Citizens National Bank

Strategic Capital Bank

BankUnited, FSB

Westsound Bank

America West Bank

Citizens Community Bank

Silverton Bank, NA

First Bank of Idaho

First Bank of Beverly Hills

Michigan Heritage Bank

American Southern Bank

Great Basin Bank of Nevada

American Sterling Bank

New Frontier Bank

Cape Fear Bank

Omni National Bank

TeamBank, NA

Colorado National Bank

FirstCity Bank

Freedom Bank of Georgia

Security Savings Bank

Heritage Community Bank

Silver Falls Bank

Pinnacle Bank of Oregon

Corn Belt Bank & Trust Co.

Riverside Bank of the Gulf Coast

Sherman County Bank

County Bank

Alliance Bank

FirstBank Financial Services

Ocala National Bank

Suburban FSB

MagnetBank

1st Centennial Bank

Bank of Clark County

National Bank of Commerce

Sanderson State Bank

Haven Trust Bank

First Georgia Community Bank

PFF Bank & Trust

Downey Savings & Loan

Community Bank

Security Pacific Bank

Franklin Bank, SSB

Freedom Bank

Alpha Bank & Trust

Meridian Bank

Main Street Bank

Washington Mutual Bank (Including its subsidiary Washington Mutual Bank FSB)

Ameribank

Silver State Bank

Integrity Bank

Columbian Bank & Trust

First Priority Bank

First Heritage Bank, NA

First National Bank of Nevada

IndyMac Bank

First Integrity Bank, NA

ANB Financial, NA

Hume Bank

Douglass National Bank

Miami Valley Bank

NetBank

Metropolitan Savings Bank

Bank of Ephraim

Reliance Bank

Guaranty National Bank of Tallahassee

Dollar Savings Bank

128